UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br>　　　　Plaintiffs.<br>　　v.<br>FOSTER WHEELER LLC, et al.,<br>　　　　Defendants. | Case No. 14-cv-03082-CRB   (JCS)<br><br>**ORDER RE: SETTLEMENT STATUS** |

This action has been referred to Magistrate Judge Joseph C. Spero and Magistrate Judge Jacqueline Scott Corley for settlement purposes. The remaining parties in this case are ordered to do the following:

1.　Within fourteen (14) days of this Order, Plaintiff(s) shall make a demand in writing for settlement to each defendant. If Plaintiff has already done so, Plaintiff shall reiterate his/her demand or make a new demand.

2.　Within twenty-one (21) days of this Order, each defendant shall respond in writing to Plaintiff's demand.

3.　Following the exchange of offers and counteroffers, the parties shall negotiate in a good faith attempt to resolve the claims without further court intervention.

4.　Within thirty (30) days from the date of this Order, the parties shall meet and confer and propose groupings for the Settlement Conference, not to exceed two (2) days.

5.　If the case is not resolved by negotiations, each party in each case shall prepare Settlement Conference Statements which must be LODGED with Judge Spero's Chambers (NOT electronically filed) on or before **April 3, 2015**. Please 3-hole punch the document at the left side. Each party shall also submit their Settlement Conference Statement in .pdf format and email their

1  statement to JCSPO@cand.uscourts.gov.

2        6.     Upon the Court's review of the Statements, the Court will contact the parties

3  regarding a date for an in-person settlement conference.

4       **IT IS SO ORDERED.**

6  Dated: February 19, 2015

7  _____

8  JOSEPH C. SPERO
United States Magistrate Judge