CHARLES T. SHELDON, State Bar No. 155598
csheldon@wfbm.com
DEREK S. JOHNSON, State Bar No. 220988
djohnson@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:  (415) 391-6258

Attorneys for Defendant
CBS Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES and JUANITA MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER WHEELER, LLC, et al.,<br><br>Defendants. | Case No. 3:14-cv-03082-CRB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CBS CORPORATION AND ORDER**<br><br>Hon.:   Charles R. Breyer |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to the approval by the Court, Defendant CBS Corporation hereby substitutes Derek S. Johnson, State Bar Number 220988, of WFBM, LLP and Charles T. Sheldon, State Bar Number 155598, of WFBM, LLP, as counsel of record in place of Pond North, LLP.  The contact information for new counsel is as follows:

///

///

///

///

1
2
3
4

Derek S. Johnson, State Bar No. 220988
WFBM, LLP
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 781-7072
Facsimile: (415) 391-6258
Email: djohnson@wfbm.com

5

AND

6
7
8
9

Charles T. Sheldon, State Bar No. 155598
WFBM, LLP
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 781-7072
Facsimile: (415) 391-6258
Email: csheldon@wfbm.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-    Case No. 3:14-cv-02124-JD
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CBS CORPORATION AND [PROPOSED] ORDER

3061783.1
4274-42.000

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

## CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated:_____        By:_____

                                    Robert A. Noethiger

I consent to being substituted.

Dated:_____        By:_____

                                    Kevin D. Jamison

I consent to the above substitution.

Dated:   _____                     By:_____

                                    Derek S. Johnson

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated:  March 30, 2015              By:_____



-3-    Case No. 3:14-cv-02124-JD

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CBS CORPORATION AND [PROPOSED] ORDER