**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MILLER, as Wrongful Death Heir, and as Successor-in-Interest to JAMES MILLER, Deceased, and GRETCHEN TIMM; CRAIG MILLER, as Legal Heirs of JAMES MILLER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>Defendants. | No. 3:14-cv-03082-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION** |

///
///
///
///
///
///
///

1      PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant
2 CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC.,
3 SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA
4 CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION are hereby
5 dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Sept. 2, 2015          By: _____
                                         Charles R. Breyer
                                         United States District Judge