**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MILLER, as Wrongful Death Heir, and as Successor-in-Interest to JAMES MILLER, Deceased, and GRETCHEN TIMM; CRAIG MILLER, as Legal Heirs of JAMES MILLER, Deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>　　　　Defendants. | No. 3:14-cv-03082-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HOPEMAN BROTHERS, INC.** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HOPEMAN BROTHERS, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Sept. 2, 2015        By: _/s/ Charles R. Breyer_
　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HOPEMAN BROTHERS, INC.