**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER and JUANITA MILLER,<br><br>   Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>   Defendants. | No. 3:14-cv-03082-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT INGERSOLL RAND COMPANY, erroneously sued herein as "INGERSOLL-RAND COMPANY"** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant INGERSOLL RAND COMPANY, erroneously sued herein as "INGERSOLL-RAND COMPANY" are hereby dismissed with prejudice.

Dated: Sept. 2, 2015      By: _____
                              Charles R. Breyer,
                              United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT INGERSOLL RAND COMPANY, erroneously sued herein as "INGERSOLL-RAND COMPANY"