**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MILLER and JUANITA MILLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>    Defendants. | No. 3:14-cv-03082-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT INGERSOLL RAND COMPANY, erroneously sued herein as "INGERSOLL-RAND COMPANY"** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant INGERSOLL RAND COMPANY, erroneously sued herein as "INGERSOLL-RAND COMPANY" are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 12/15/2015

By: _____
Charles R. Breyer
United States District Judge